UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  ANGEL WILSON, on Behalf of Herself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>(1)  DRAGON WEST OF LAWTON, INC., and<br>(2)  CHONG S. LAWLEY (d/b/a DRAGON WEST),<br><br>            Defendants. | Case No. CIV-16-1125-F |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON this 28th day of April, 2017, the above-styled and numbered cause coming on for hearing before the undersigned Judge of the United States District Court in and for the Western District of Oklahoma, upon the Joint Stipulation for Dismissal with Prejudice (Document No. 18) of Plaintiff and Defendants herein; and the Court, having examined the pleadings and being well and fully advised in the premises, is of the opinion that said cause should be dismissed with prejudice to its refiling.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause be and the same is hereby dismissed with prejudice to its refiling.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-1125p003.PO.docx